**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| UNITED STATES OF AMERICA, | : | CASE NO. 1:20-CR-00122 |
| --- | --- | --- |
| Plaintiff, | : | |
| | : | JUDGE BARRETT |
| v. | : | |
| | : | **MOTION TO UNSEAL INDICTMENT** |
| JOSEPH BRUNNER | : | |
| Defendant. | : | |

Now comes the United States Attorney for the Southern District of Ohio and in the above-captioned case requests that the previously sealed Indictment now be unsealed.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

s/Timothy S. Mangan
TIMOTHY S. MANGAN
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-6385
E-mail: timothy.mangan@usdoj.gov

**SO ORDERED.**

_/s/ Karen L. Litkovitz_
**HONORABLE KAREN L. LITKOVITZ**
**UNITED STATES DISTRICT JUDGE**