# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : |
| | : Case No. 1:20-cr-122 |
| JOSEPH BRUNNER, | : |
| | : MAGISTRATE JUDGE LITKOVITZ |
| Defendant. | : |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

Pursuant to the CARES Act H.R.748 § 15002 *et seq*, and in accordance with General Order 20-07, this Court finds that the Defendant (or the Juvenile), after consultation with counsel, has consented to the use of video conferencing/teleconferencing to conduct the Initial Detention Hearing held on 10/15/2020.

Accordingly, the proceeding held on this date may be conducted by:

__X__ video teleconference

____ teleconference, because video teleconferencing is not reasonably available for the following reasons:

    ____ that the defendant is detained at a facility that is lacking video teleconferencing capability.

    ____ other: video conference system at the jail was inoperable.

**IT IS SO ORDERED.**

*Karen L. Litkovitz*
**Karen L. Litkovitz**
**United States Magistrate Judge**